1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-456 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE |
| JUAN MARTIN AMBRIZ-VARGAS, | ) |
| Defendant. | ) Date:  December 7, 2007 |
|  | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |

JUAN MARTIN AMBRIZ-VARGAS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of November 2, 2007, and set a new Status Conference Date of December 7, 2007 at 9:00 a.m..

The defense requests the additional time to review the discovery and Alien Pre-plea PSR in this case and have them translated to Mr. Ambriz-Vargas.

1  IT IS STIPULATED between the parties that the time period between
2 the signing of this Order up to and including December 7, 2007, be
3 excluded in computing the time within which trial must commence under
4 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
5 Local Code T4, for ongoing preparation of counsel.

Dated:  November 1, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        JUAN MARTIN AMBRIZ-VARGAS


Dated: November 1, 2007                 /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant United States Attorney


                                    **ORDER**

IT IS SO ORDERED.

Dated:  November 7, 2007
                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Name of Pleading                  -2-