DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-456 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| JUAN MARTIN AMBRIZ-VARGAS, ) | |
| ) | Date:  December 21, 2007 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

JUAN MARTIN AMBRIZ-VARGAS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of December 14, 2007, and set a new Status Conference Date of December 21, 2007 at 9:00 a.m..

The defense requests the additional time in order to give the defendant the opportunity for a more thorough discussion with counsel of the government's plea offer.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including December 21, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  December 21, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS

Dated: December 21, 2007          /s/ Kyle Reardon
_____
KYLE REARDON
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading                -2-