DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-456 GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| JUAN MARTIN AMBRIZ-VARGAS, | ) |
| | ) Date: January 18, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

　　　JUAN MARTIN AMBRIZ-VARGAS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of December 21, 2007, and set a new Status Conference Date of January 18, 2008 at 9:00 a.m..

　　　The defense requests the additional time in order to give the defendant the opportunity for a more thorough discussion with counsel of the government's plea offer.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including January 18, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:   December 19, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        JUAN MARTIN AMBRIZ-VARGAS

Dated: December 19, 2007                /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant United States Attorney

                              **ORDER**

IT IS SO ORDERED.

Dated:   December 19, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Name of Pleading               -2-