DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-07-456 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT/SENTENCE |
| | ) | |
| JUAN MARTIN AMBRIZ-VARGAS, | ) | |
| | ) | Date: May 16, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

JUAN MARTIN AMBRIZ-VARGAS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Judgment/Sentence date of April 11, 2008, and set a new Judgment/Sentence date of May 16, 2008 at 9:00 a.m..

The defense requests the additional time because the parties anticipate defense counsel will make a sentencing motion moving the court for a variance from the guidelines.  Defense counsel is waiting

for hospital records necessary to complete the sentencing motion to the court which may affect the defendant's ultimate sentence. While the records are due to arrive this week, defense counsel will be in trial and therefore, the parties agree to continue the matter until defense counsel has time to write a sentencing memorandum.

As the defendant has already entered his guilty plea, the court need not exclude Speedy Trial time in this case.

Dated:  April 7, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
JUAN MARTIN AMBRIZ-VARGAS

Dated: April 7, 2008                         /s/ Kyle Reardon
_____
KYLE REARDON
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  April 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading                    -2-